448 A.2d 1161

Commonwealth ex rel. Donner v. Donner, Appellant.

Argued April 1, 1981. Marvin L. Wilenzik, for appellant; Bonnie Smith Moses, for appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

The order of the lower court is affirmed.

448 A.2d 1161

Getty v. Ajax.

Appeal of Ajax Manufacturing Corp. of Wisconsin.

Submitted February 9, 1982. Fred W. Dunton, for appellant; John M. Feeney, for appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.